UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                       Civil No. 3-96-025 PAM

UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,           )
                                   )
       v.                          )       **GARNISHMENT ORDER**
                                   )
DOUGLAS GRIFFIN,                   )
                                   )
              Defendant,           )
                                   )
NEW HORIZON FARMS LLP,             )
                                   )
              Garnishee.           )

     A Writ of Garnishment was duly issued by this Court. The garnishee indicates that the defendant is no longer an employee.

     THEREFORE, IT IS ORDERED, that the Writ of Garnishment is hereby released.

     Dated: September 9, 2005

                              s/Paul A Magnuson
                              PAUL A. MAGNUSON
                              United States District Court Judge