UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 3-96-025 PAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **GARNISHMENT ORDER** |
| ) | |
| DOUGLAS GRIFFIN, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| BREMER BANK, ) | |
| ) | |
| Garnishee. ) | |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in his bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on September 2, 2005, is hereby released.

Dated: September __26__, 2005

> s/Paul A. Magnuson
> PAUL A. MAGNUSON
> United States Magistrate Judge