UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                       Civil No. 3-96-025 PAM

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )
     v.                          )    **GARNISHMENT ORDER**
                                 )
DOUGLAS GRIFFIN,                 )
                                 )
            Defendant,           )
                                 )
FIRST STATE BANK SOUTHWEST,      )
                                 )
            Garnishee.           )

A Writ of Continuing Garnishment was duly issued by this Court and personally served on the garnishee on or about September 2, 2005. Pursuant to the Writ of Continuing Garnishment, the garnishee filed an Answer with this Court on or about September 13, 2005, stating that, at the time of the service of the Writ, the garnishee had personal property belonging to and due the defendant, in the form of bank accounts and alleging that the funds in the account were subject to an offset in the amount of $170.55 for loan number 40-051-326.

On or about September 2, 2005, the defendant was personally served with notice of his right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

THEREFORE, IT IS ORDERED that the garnishee pay to the plaintiff, in care of the Financial Litigation Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota  55415, by check or money order made payable to the "U.S. Department of Justice," all property of the judgment debtor in its possession, custody or control, as levied upon the Writ of Continuing Garnishment served on September 2, 2005, plus any additional funds deposited from the date of service of the Writ of Continuing Garnishment to the date of this order, up to the full amount of the debt less the offset of $170.55.

    Dated: October 19, 2005

                                          s/Paul A. Magnuson  
                                          PAUL A. MAGNUSON  
                                          United States District Court Judge